IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MMC 20/20 INC.,<br><br>       *Plaintiff,*<br><br>v.<br><br>CAPITAL BLUE CROSS,<br><br>       *Defendant.* | CIVIL ACTION<br>NO. 18-3592 |

**PAPPERT, J.**                                                                                       January 4, 2019

## ORDER

**AND NOW**, this 4th day of January, 2019, upon consideration of Defendant's Motion to Dismiss, (ECF No. 15), Plaintiff's Response, (ECF No. 16), and Defendant's Reply, (ECF No. 17), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Counts II, III and IV are dismissed with prejudice.

                                                          BY THE COURT:

                                                          ***/s/ Gerald J. Pappert***
                                                          GERALD J. PAPPERT, J.